

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00555-CV

Shirley Hale **MATHIS**,
Appellant

v.

Leticia R. **BENAVIDES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-000161-D3A
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The trial court's November 17, 2015 order requiring the District Clerk of Webb County, Texas, to deliver to Leticia R. Benavides the cash deposit in lieu of filing of a supersedeas bond filed by Shirley Mathis on October 6, 2015, is stayed pending further order of this court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court